John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph. 541-345-8474
jeh@haapalaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| KYRA MARIE HEAVILIN, | Case No. 1:20-cv-01474-JR |
|---|---|
| Plaintiff, | |
| vs. | |
| COMMISSIONER SOCIAL SECURITY AMINISTRATION, | ORDER AWARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| Defendant. | |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), Plaintiff's Motion is hereby granted in the sum of $19,613.50, reduced by $6,582.85 in Equal Access to Justice Act ("EAJA") fees, for a net of $13,030.65 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. § 406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to his office at 401 E. 10th Ave., Eugene, OR 97401, consistent with this order. There are no other costs.

DATED this 26th day of January, 2023.

      /s/ Jolie A. Russo
      Jolie A. Russo
      U.S. Magistrate Judge

1 – ORDER

Presented by:

John E. Haapala, Jr.
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
(541) 345-8474
Fax: (541)345-3237
jeh@haapalaw.com

2 – ORDER